IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **03-cv-2649-AP**

**CATRINA CHESHIRE**,

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b), (doc. #31), filed November 6, 2006, is **GRANTED**.  The court has reviewed the Motion and the Response. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$16,552**.

Dated at Denver, Colorado, this 22th day of November, 2006.

                                BY THE COURT:

                                **S/John L. Kane**
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT